**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JOHNNY HOWARD JR<br>ANNA M HOWARD<br>Debtor(s) | Case No. 10-02423 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/22/2010.

2) The plan was confirmed on 03/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/08/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/18/2011, 09/26/2011, 02/28/2012, 10/15/2012.

5) The case was converted on 03/13/2014.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $101,254.81.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $37,551.00 |
| Less amount refunded to debtor | $131.54 |

**NET RECEIPTS:** $37,419.46

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,905.30 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,048.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,953.60

Attorney fees paid and disclosed by debtor:   $1,594.70

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SERVICES | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CARE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SURBURBAN HO | Unsecured | 847.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 2,090.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,314.00 | 1,314.97 | 1,314.97 | 474.46 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 1,024.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Unsecured | 49,254.95 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 117,323.00 | 169,732.74 | 174,739.18 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Secured | 0.00 | 5,006.44 | 5,006.44 | 5,006.44 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 4,933.00 | NA | NA | 0.00 | 0.00 |
| BROADVIEW SECURITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 271.00 | 305.54 | 305.54 | 97.20 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE | Unsecured | NA | 484.31 | 484.31 | 174.75 | 0.00 |
| CITIZENS AUTO FINANCE | Secured | 2,982.00 | 5,349.00 | 5,349.00 | 5,349.00 | 29.89 |
| CITY OF CHICAGO DEPT OF FINANCE | Unsecured | 1,573.83 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 200.00 | 200.00 | 68.88 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 522.18 | 547.34 | 522.18 | 522.18 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 522.18 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 6,465.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 132.32 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 127.12 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 281.00 | 281.11 | 281.11 | 89.42 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,793.00 | 4,793.37 | 4,793.37 | 1,750.37 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,914.00 | 1,914.91 | 1,914.91 | 690.91 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FLORENDO THERAPY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING SC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Secured | 3,930.00 | 3,871.85 | 679.26 | 679.26 | 22.89 |
| GMAC | Secured | 850.00 | 889.22 | 850.00 | 850.00 | 0.00 |
| GMAC | Secured | NA | 16,965.93 | 16,965.93 | 0.00 | 0.00 |
| GMAC | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HEMATOGY ONCOLOGY ASSOCIATS | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| HEMATOLOGY ONCOLOGY ASSOCIA | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 381.92 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 205.53 | 205.53 | 70.78 | 0.00 |
| JENNIFER YALOWITZ | Unsecured | 160.60 | NA | NA | 0.00 | 0.00 |
| KOHLS/CHASE | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| LAKE IMAGING | Unsecured | 55.00 | 89.27 | 89.27 | 20.60 | 0.00 |
| LAKE IMAGING | Unsecured | 35.00 | 69.00 | 69.00 | 15.92 | 0.00 |
| LAKE IMAGING LLC | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE MEDICAL GROUP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 1,956.16 | 1,956.16 | 705.79 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,405.28 | 1,405.28 | 507.03 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 991.00 | 700.52 | 700.52 | 241.25 | 0.00 |
| MIDLAND FUNDING | Unsecured | 6,461.00 | 6,461.32 | 6,461.32 | 2,359.47 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST NASAL & SINUS ASSOC | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 2,182.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL | Unsecured | 2,637.28 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 1,597.80 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 928.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL PHYSI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN PEDIATRICS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN SURG ASSOC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 81.00 | 466.60 | 466.60 | 168.35 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 566.68 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,118.82 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 6,465.50 | 6,465.50 | 2,360.98 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 4,933.20 | 4,933.20 | 1,801.45 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 991.87 | 991.87 | 357.88 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,790.00 | 2,790.35 | 2,790.35 | 1,006.78 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 9,870.00 | 9,870.25 | 9,870.25 | 3,604.29 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 363.00 | 363.16 | 363.16 | 131.02 | 0.00 |
| PROMPT AMBULANCE SVC | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| SEARS PREMIER CARD | Unsecured | 1,934.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS INC | Unsecured | 8,109.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORTS INC | Secured | 8,109.00 | 7,604.08 | NA | 0.00 | 0.00 |
| SOUTH CHICAGO SLEEP LAB | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| SPIEGEL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTHCAR | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTHCAR | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| STANDARD BANK & TRUST | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| STANDARD BANK AND TRUST CO | Unsecured | NA | 4,373.53 | 4,373.53 | 1,597.08 | 0.00 |
| SUSAN FOUNDOS BIEGEL | Unsecured | 1,986.20 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TIMOTHY K GETTY DDS | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| TNB VISA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE OTOLARYNGOLOGY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ORTHOPEADICS | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 637.03 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED PHEAA | Unsecured | 6,926.00 | 6,972.78 | 6,972.78 | 2,546.23 | 0.00 |
| VICTORIA SECRET | Unsecured | 255.40 | NA | NA | 0.00 | 0.00 |
| WFNNB Roomplace | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL Bl | Unsecured | 428.00 | 458.17 | 458.17 | 165.31 | 0.00 |
| Wow | Unsecured | 492.45 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $174,739.18 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,006.44 | $5,006.44 | $0.00 |
| Debt Secured by Vehicle | $23,844.19 | $6,878.26 | $52.78 |
| All Other Secured | $522.18 | $522.18 | $0.00 |
| **TOTAL SECURED:** | **$204,111.99** | **$12,406.88** | **$52.78** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$57,866.70** | **$21,006.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,953.60 |
| Disbursements to Creditors | $33,465.86 |
| **TOTAL DISBURSEMENTS** : | **$37,419.46** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/10/2014                    By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**